**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 04-cr-00227-EWN-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MELANIE SEELY,

        Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

        Upon petition of the United States and for good cause shown, it is hereby

        ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Melanie Seely, Inmate No. 126121, now confined in the Colorado Women's Correctional Facility, 3800 Grandview, Canon City, Colorado, before a United States Magistrate, forthwith, and to hold her at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

        SO ORDERED this 5th day of June, 2006.

                                            s/ Edward W. Nottingham
                                            UNITED STATES DISTRICT COURT JUDGE
                                            UNITED STATES DISTRICT COURT
                                            DISTRICT OF COLORADO